IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB - 2 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Zion Limon
Vs.
Bexar County,
Bexar County Adult Detention Center

- TITLE 42 U.S.C., Ch 21 (1981-1997J) "CIVIL RIGHTS REMEDIES"
- TORT ACTION CLAIM UNDER (NEGLIGENCE) ASSAULT & BATTERY FOR COMPENSATION/CLAIM FOR DAMAGES COMPLAINT

SA23CA0145FB

I, Zion Limon would like to state my claim in this title 42 U.S.C., Ch 21 (1981-1997J) "Civil Rights Remedies" & TORT ACTION CLAIM under (Negligence) ASSAULT & BATTERY for Compensation/Claim for damages complaint in would show the courts the following:

1st amendment, Access to court Claim... Whereas under the 1st and 14th (amendment) Inmates "(Accused)" Retain a right of access to the courts. See Lewis. V. Casey, 518 U.S. 343, 346, 116 S. Ct. 2174, 135 L. Ed. 2d 606 (1996) How-ever; Inmates (Accused) may only proceed on access to courts claims in two types of cases, Challenges (direct or Collateral) to their sentences and conditions of confinement. See id. at 354-55, 116 S. Ct 2174. Whereas in my case my defendants action have inhibited my opportunity to present a past legal claim. They must show (1.) that they suffered an "Actual Injury" (on 09-25-2022) at 2:00pm officer. Sapolvada (1st shift) B.C.A.D.C officer) let two inmates, Trey Channy and Johntavion Saunders come from Unit BB left side to the side that I was on Unit BB Right side, he then proceeded to open my door an let the inmates come in to my cell while I was sleeping, they came in, in started to Assault me by punching me and kicking me as well as slamming my head and face into the floor multiple time. They broke my left hand and did a lot of damage to my face so much so that I had to be transferred to the hospital to get medical attention. Initionally I was refused any help at all, after they had finish Assaulting me Officer. Sapolvada (first shift) came into my room and I told him that I needed medical help he told me I needed to wait till next shift so he

wouldn't get in trouble (Negligence). So I told him that I really needed medical attention that it could not wait, he replyed that I needed to lie about what happened or he would tell them that I was self harming myself. So after the second Request for medical attention, It was then did Sergeant. Madrano came to get me. As the two of them were talking I over heard Sergeant. Madrano tell Officer. Sapolvada that my door wasn't supposed to be opened and that since we were on 23 hour lockdown and only come out 1 hour and come out along, there was no Reason why two inmates should have been let through the middle door and let in my cell. I finally got some medical attention after a hour or so had went by. I had to be transferred to the hospital for a broken hand and mutiple stitches, I talked to officer. Robins (2nd Shift) and Officer. Martinez (2nd Shift) unit BB officer and these officers made it clear that Officer. Sapolvada was lying about the incident and in his Repor Officer. Martinez worked the Unit (BB) on (2nd Shift) on the 25th of September. He told me when he came into the unit he spoke with Officer Sapolvada he knew that he was lying, he also told me when he made his Rounds 16 Inmates told him Officer. Sapolvada let the 2 inmates into the unit from the Left to the Right side to Jump (Assault) me and Officer. Martinez said when he questioned the two inmates they told him that Officer Sapolvada let them come to the other side of the unit to Assault me. (I put in a Report on (09-29-2022) on the Kiosk... Reference # 14998421 Stating what happen, officer Gamboi came and told me not to make any more reports or he would make it worst for me. I Reported this to higher authoritys as well and nothing has been done about it.— that Lost a chance to puesue a "Non frivilous" or "arguable" underlying claim (2.) That they have no other "Remedy that may be awarded as recompense" for the Lost claim other than in the present denial

of access suit, See Christopher V. Harbury, 536 U.S. 403, 415, 122 S. Ct 2179, 153. L. Ed. 2d 413 (2002). To that end, Inmates (accused) must describe the arguable claim will be enough to show that it is "More than mere hope", & must describe the "Lost Remedy" sec id. at 416-17, 122 S. Ct 2179.

Whereas I would like to be compensated in the amount of $10,000,000.00 dollars for damages to my hand and to my face, for all medical bills as well as for the mental, physical and emotional abuse. I also would like to be compensated in the amount of $7,000,000.00 dollars for my/the human and Civil Rights violations that I have been denied and that has taking place in the time I have been incarcerated a the BEXAR COUNTY ADULT DETENTION CENTER.

I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct Signed on the 26th day of January, 2023.

ZION LION

_Zion Limon_
PLAINTIFF