UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ZION LIMON,<br>#1062434,<br><br>    Plaintiff,<br><br>v.<br><br>BCADC OFFICER F/N/U SAPOLVADA; and<br>BCADC OFFICER F/N/U GAMBOI,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-145-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Zion Limon's ("Plaintiff" or "Limon") 42 U.S.C. § 1983 civil rights complaint for failure to prosecute, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Limon's Section 1983 claims against Defendants, BCADC Officer F/N/U Sapolvada and BCADC Officer F/N/U Gamboi, are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 29th day of March, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE